IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 3:98-cr-00038-11 |
| v. | ) | |
| | ) | Judge Nixon |
| **JAMAL SHAKIR** | ) | |

## ORDER

Pending before the Court is the Government's Motion to Supplement the Record for Purposes of Appeal ("Motion"), in which the Government asks this Court to enter an order making sixteen documents available as part of the electronic record of this case. (Doc. No. 4088.) Defendant Jamal Shakir does not object to the Government's Motion. (*Id.* at 3.) Having reviewed the Motion, the Court determines that the documents should be added to the electronic record and hereby **GRANTS** the Government's Motion.

It is so ORDERED.

Entered this the 3rd day of November, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT